# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3881

_____

| | | |
|---|---|---|
| Richard Ladavid Brown, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| Steve Stroup; Phillip Burrell; | * | Appeal from the United States |
| Unknown Defendant Responsible for | * | District Court for the |
| Training of the Aforementioned; | * | Southern District of Iowa. |
| Unknown Entity of Whom the Above | * | |
| Are Employed by Being Either Polk | * | **[UNPUBLISHED]** |
| County Jail or Polk County Sheriff's | * | |
| Dept., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 3, 2000
Filed: February 8, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Richard L. Brown appeals from the district court's[1] adverse judgment following a bench trial in his 42 U.S.C. § 1983 action which alleged defendants beat him while he was a pretrial detainee at Polk County Jail.  Following de novo review of the record and the parties' submissions, we conclude the court did not clearly err in its factual findings and correctly entered judgment for defendants.  See Estate of Davis v. Delo, 115 F.3d 1388, 1393-94 (8th cir. 1997) (standard of review); Putnam v. Gerloff, 639 F.2d 415, 420 (8th Cir. 1981) (under due process clause, inquiry focuses on need for application of force, relationship between need and amount of force used, extent of injury inflicted, and whether force was applied in good faith effort to maintain or restore discipline or maliciously and sadistically to cause harm).  Accordingly, the judgment of the district court is affirmed.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE CELESTE BREMER, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).